1  ALAN C. OLSON & ASSOCIATES
   ALAN C. OLSON, WI Bar No. 1008953
2  Pro Hac Vice
   AOlson@Employee-Advocates.com
3  2880 South Moorland Road
   New Berlin, WI 53151-3744
4  Telephone: (262) 785-9606
   Facsimile: (262) 785-1324
5
   MINAMI TAMSKI, LLP
6  BRAD YAMAUCHI, CA Bar No. 73245
   Local Counsel
7  BYamauchi@MinamiTamaki.com
   360 Post Street, 8th Floor
8  San Francisco, CA  94103
   Telephone:  (415) 788-9000
9  Fax:  (415) 398-3887

10 Attorneys for Plaintiff Jayce Castell

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14
   Jayce Castell,                              CASE NO. C09-cv-01593 JF (RS)
15
          Plaintiff,                           **(PROPOSED) ORDER GRANTING THE**
16                                             **PARTIES STIPULATION TO APPEAR BY**
      v.                                       **TELEPHONE AT THE INITIAL CASE**
17                                             **MANAGEMENT CONFERENCE**
   Metropolitan Life Insurance Company;
18 Ambrose Employer Group, LLC Long            DEPT:   Hon. Jeremy Fogel
   Term Disability Plan,                       DATE:   August 28, 2009
19                                             TIME:   10:30 a.m.
          Defendants.
20

21     On August 20, 2009, the parties, by their attorneys, Alan C. Olson and Rebecca A. Hull

22 entered into a stipulation to appear telephonically to represent their respective clients at the Local

23 Rule 16 initial case management conference in the above-referenced matter on August 28, 2009

24 at 10:30 a.m.

25

26     PURSUANT TO STIPULATION, IT IS SO ORDERED.

27      Counsel are directed to contact CourtCall at 866-582-6878 to set up the conference call.

28

---

                                               -1-                    CASE NO. C09-cv-01593 JF (RS)

|   |   |
|---|---|
| 1 | Dated this __24th__ day of August, 2009. |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | Honorable Jeremy Fogel |