**E-Filed 11/12/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAYCE CASTELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case Number 5:09-cv-01593-JF/HRL<br><br>ORDER SETTING BRIEFING SCHEDULE |

On November 9, 2010, Plaintiff filed a motion for attorneys' fees, interest, and twenty-four months of long-term disability benefits. Any opposition shall be filed on or before November 29, 2010. The matter thereafter will be submitted unless the Court notifies the parties that it wishes oral argument.

IT IS SO ORDERED.

DATED: 11/12/2010

_____
JEREMY FOGEL
United States District Judge