**E-Filed 9/22/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAYCE CASTELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Case Number 5:09-cv-01593-JF (HRL)<br><br>ORDER[1] GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND INTEREST; AND DIRECTING CLERK TO ENTER AMENDED JUDGMENT |

　　　The Court has reviewed the evidence in the record and its findings of fact and conclusions of law, as well as Plaintiff's motion for attorneys' fees, Defendants' opposition thereto, and Plaintiff's reply. On the basis of that review, the Court is satisfied that Plaintiff has calculated the benefits due to him properly, including all appropriate offsets. The Court also finds and concludes that an award of attorneys' fees is warranted, that Plaintiff's counsel has documented adequately the amount of attorneys' fees expended in this case, which are reasonable, and that an award of prejudgment interest at the rate of 10% per annum is warranted.

---

[1] This disposition is not designated for publication in the official reports.

1  Accordingly, the Court hereby GRANTS Plaintiff's motion for attorneys' fees and
2  interest, and directs the Clerk to enter the amended judgment issued simultaneously with this
3  order.

5  DATED: 9/22/2011

6  _____
7  JEREMY FOGEL
   United States District Judge

2