CHAMBER'S COPY  **E-Filed 9/22/2011**

| | |
|---|---|
| ALAN C. OLSON & ASSOCIATES, S.C. | MINAMI TAMSKI, LLP |
| ALAN C. OLSON, WI Bar No. 1008953 | BRAD YAMAUCHI, CA Bar No. 73245 |
| Pro Hac Vice | Local Counsel |
| AOlson@Employee-Advocates.com | BYamauchi@MinamiTamaki.com |
| 2880 South Moorland Road | 360 Post Street, 8th Floor |
| New Berlin, WI 53151-3744 | San Francisco, CA  94103 |
| Telephone: (262) 785-9606 | Telephone:  (415) 788-9000 |
| Facsimile: (262) 785-1324 | Fax:  (415) 398-3887 |
| Attorneys for Plaintiff Jayce Castell | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Jayce Castell, | CASE NO. C09-cv-01593 JF (RS) |
| Plaintiff, | AMENDED ~~PROPOSED~~ JUDGMENT |
| v. | |
| Metropolitan Life Insurance Company; Ambrose Employer Group, LLC Long – Term Disability Plan, | |
| Defendants. | |

Pursuant to the Court's September 30, 2010 Findings of Fact and Conclusions of Law (ECF No. 47), and October 25, 2010 Judgment (ECF No. 49), Judgment is now entered in favor of plaintiff Jayce Castell and against defendants Metropolitan Life Insurance Company and Ambrose Employer Group, LLC Long-Term Disability Plan in the total amount of $151,195.93, comprised of $41,212.43 (interest) + $56,509 (benefits) + $53,474.50 (attorney's fees).

Defendants shall pay within 10 days of this Judgment the total amount of $151,195.93 to the order of "Trust Account of Alan C. Olson & Associates".

DATED:  9/22/2011

_____
Honorable Jeremy Fogel
United States District Judge

Proposed Judgment: C09-cv-01593 JF (RS)