1  ALAN C. OLSON & ASSOCIATES, S.C.        MINAMI TAMSKI, LLP
2  ALAN C. OLSON, WI Bar No. 1008953       BRAD YAMAUCHI, CA Bar No. 73245
3  Pro Hac Vice                            Local Counsel
4  AOlson@Employee-Advocates.com           BYamauchi@MinamiTamaki.com
5  2880 South Moorland Road                360 Post Street, 8th Floor
6  New Berlin, WI 53151-3744               San Francisco, CA  94103
7  Telephone: (262) 785-9606               Telephone:  (415) 788-9000
8  Facsimile: (262) 785-1324               Fax:  (415) 398-3887
9  Attorneys for Plaintiff Jayce Castell
10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION
14
15  Jayce Castell,                         CASE NO. C09-cv-01593 JF (RS)
16
17          Plaintiff,                     PROPOSED AMENDED JUDGMENT
18
19
20      v.
21
22  Metropolitan Life Insurance Company;
23  Ambrose Employer Group, LLC Long –
24  Term Disability Plan,
25
26          Defendants.
27
28      Pursuant to the Court's September 30, 2010 Findings of Fact and Conclusions of Law

29  (ECF No. 47), October 25, 2010 Judgment (ECF No. 49), and September 22, 2011 Amended

30  Judgment, Judgment is now entered in favor of plaintiff Jayce Castell and against defendants

31  Metropolitan Life Insurance Company and Ambrose Employer Group, LLC Long-Term

32  Disability Plan in the total amount of $163,987.10, comprised of $151,195.93 (9.22.11 judgment

33  amount) + $12,791.17 (additional 44 weeks of interest). Defendants shall pay within 10 days of

34  this Judgment the total amount of $163,987.10 to the order of "Trust Account of Alan C. Olson

35  & Associates".

36  DATED:

37  _____

Proposed Amended Judgment: C09-cv-01593 JF (RS)

- 2 -

1                                                      Honorable Jeremy Fogel

2                                          United States District Judge